UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                        Plaintiff,         )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>DONTE LAMONT LOFTON,       )<br>                                                        )<br>                        Defendant.    )<br>_____)  | 2:05-CR-00138-PMP (GWF)<br><br><br><br><br>O R D E R |

Before the Court for consideration are the Findings and Recommendations (#37) of Magistrate Judge George Foley, Jr., regarding Defendant's Motion to Suppress (#23). Defendant Lofton filed Objections (#42) on March 23, 2006, to which the Government Responded (#43) on April 6, 2006.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#37) of  February 27, 2006, are affirmed , Defendant's Objections (#42) are overruled, and Defendant's Motion to Suppress (#23) is DENIED.

DATED: April 10, 2006

_____
PHILIP M. PRO
Chief United States District Judge