UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-00138-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DONTE LAMONT LOFTON, | ) | |
| Defendant. | ) | |

Having read and considered Defendant Lofton's Motion for Early Termination of Supervised Release (Doc. #80), the Response of Plaintiff United States in Opposition thereto (Doc. #82) and the Recommendation of the United States Department of Probation dated September 24, 2012, and good cause appearing,

**IT IS ORDERED** that Defendant Lofton's Motion for Early Termination of Supervised Release (Doc. #80) is **DENIED**.

DATED: September 29, 2012.

PHILIP M. PRO
United States District Judge